Lanzinger, J.,
dissenting.
{¶ 14} For the reasons expressed in my dissent in Sullivan v. Anderson Twp., 122 Ohio St.3d 83, 2009-Ohio-1971, 909 N.E.2d 88, I again respectfully dissent. The trial court has been given authority under Civ.R. 54(B) to decide whether to render final orders appealable in multiparty litigation; this authority is not *17 affected by R.C. 2711.02(C). I would answer the certified question in the negative and would affirm the decision of the court of appeals.
Madison & Rosan, L.L.P., and Kristin E. Rosan, for appellees.
Scott L. Braum & Assoc., Ltd., and Scott L. Braum, for appellants.
PfeifeR, J., concurs in the foregoing opinion.